CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 1 4 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNELL J. BLOUNT, SR., ) | |
|     Plaintiff, ) | Civil Action No. 7:08cv00471 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LT. DELMER TATE, et al., ) | By: Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Plaintiff's motion to amend (Dkt. No. 3), alleging the nature of the relief he seeks in this action, is **GRANTED**; and

2. Plaintiff's motions for interlocutory injunctive relief (Dkt. Nos. 18 & 32) are **DENIED**.

ENTER: This 13rd day of January, 2009.

_____
United States District Judge