CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., | ) |
| Plaintiff, | ) Case No. 7:08CV00471 |
| v. | ) |
| | ) **FINAL ORDER** |
| LT. DELMER TATE, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motion for summary judgment is **GRANTED**;

2. Plaintiff's retaliation and equal protection claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and

3. The action is **STRICKEN** from the active docket of the court.

ENTER: This 31st day of July, 2009.

/s/ Glen E. Conrad
United States District Judge